IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Phillip Davis | * | Case No. 17-18499 |
| | * | Chapter 13 |
| *Debtor(s)* | * | |
| * * * * * * * * * * * * * | * | |

**MOTION TO MODIFY CHAPTER 13 PLAN**

Phillip Davis ("Movant" or "Debtor"), by and through undersigned counsel, Ronald Drescher, Esq., hereby moves this Court for an Order authorizing the filing and approval of a Modified Chapter 13 Plan post confirmation and in support thereof states the following:

1. Debtor filed for relief under a Chapter 13 Bankruptcy, on June 21, 2017 in the District of Maryland.

2. The Chapter 13 Plan was confirmed on September 15, 2017 (*docket 28*).

3. Since that time, a number of circumstances have occurred impacting the Debtor's financial situation. Specifically, Debtor fell behind on his home mortgage payment and has made the decision to surrender the property. Accordingly, Debtor intends to reduce his plan base from $15,400 to $13,895 as set forth in the proposed Chapter 13 Modified Plan attached as *Exhibit A*.

WHEREFORE, Debtor, Phillip Davis, respectfully requests this Honorable Court to enter an Order:

A. Authorizing the filing and approval of the Modified Chapter 13 Plan; and

B. Granting such other and further relief as this Court deems just and proper.

/s/*Ronald J. Drescher*
Ronald J. Drescher
Drescher & Associates, P.A.
4 Reservoir Circle Suite 107

Baltimore, MD 21208
(410) 484-9000

*Attorney for Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Modify Chapter 13 Plan, Notice of Motion, Proposed Order and all attachments will be served electronically by the Court's CM/ECF system.

I HEREBY FURTHER CERTIFY that on this day a copy of the Motion to Modify Chapter 13 Plan, Notice of Motion, Proposed Order and all attachments was also mailed first class mail, postage prepaid as follows:

**All other parties on the attached mailing matrix.**

Dated: February 22, 2022 /s/*Ronald J. Drescher*
Ronald J. Drescher